**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| **TAYLOR HARDY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NO.  4:24-CV-21** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **EHB, LLC d/b/a NEON CACTUS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>NOTICE OF SETTLEMENT</u>**

  Comes now Defendant, by counsel, Eichhorn & Eichhorn, LLP, and notifies the Court that settlement has been reached in this matter as to all claims. The parties are presently engaged in memorializing the terms of settlement in a Release, and they expect to pursue that process promptly.  Defendant further requests that the Court stay all deadlines and that the parties be granted ninety (90) days to file necessary dismissal pleadings, and that the Court retain jurisdiction in the matter for purposes of enforcing settlement.

      Respectfully submitted,

      EICHHORN & EICHHORN, LLP


      By: */s/  Carly A. Brandenburg*
        Carly A. Brandenburg, #27038-45
        Attorney for Defendant,
        EHB, LLC d/b/a Neon Cactus


Eichhorn & Eichhorn, LLP
2929 Carlson Drive, Suite 100
Hammond, IN 46323
Phone: 219-931-0560
Fax: 219-931-5370
cbrandenburg@eichhorn-law.com

## CERTIFICATE OF SERVICE

I certify that on August 21, 2024, I served a copy of the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

_/s/ Carly A. Brandenburg_
Carly A. Brandenburg

Eichhorn & Eichhorn, LLP
2929 Carlson Drive, Suite 100
Hammond, IN 46323
Phone: 219-931-0560
Fax: 219-931-5370
cbrandenburg@eichhorn-law.com