**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION AT LAFAYETTE**

TAYLOR HARDY,                          )
     Plaintiff,                       )
                                      )
     v.                               )     CAUSE NO.: 4:24-CV-21-JEM
                                      )
EHB, LLC *d/b/a* NEON CACTUS,           )
     Defendants.                      )

**ORDER**

This matter is before the Court on a Stipulation of Dismissal [DE 18], filed by the parties on September 30, 2024.

A plaintiff may voluntarily dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff has done so in this case, and the Court accordingly **ACKNOWLEDGES** that all claims and counterclaims are **DISMISSED with prejudice**.

SO ORDERED this 1st day of October, 2024.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:    All counsel of record

1